UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| B AND F ENTERPRISES NORTHWEST, LLC dba BAKE'S PLACE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY,<br><br>Defendant. | No. 2:21-cv-00272<br><br>NOTICE OF RELATED CASES |

Plaintiff B and F Enterprises Northwest, LLC asserts claims for business interruption coverage stemming from government closure orders issued in response to the COVID-19 pandemic.  Numerous similar actions are pending in this District, and on information and belief, each of these cases has been referred to the Hon. Judge Rothstein.

As set forth in LCR 3(g)(4)(B), the actions listed below are related to this action because all of the actions assert claims for business interruption coverage, each involves common or materially identical insuring forms, and it appears likely that there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges.

NOTICE OF RELATED CASES - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

- *Jennifer B. Nguyen, et al. v. Travelers Casualty Insurance Company of America, et al.*, Case No. 2:20-cv-00597-BJR;

- *Mario D. Chorak, DMD, P.S., et al. v. Hartford Casualty Insurance Company, et al.*, Case No. 2:20-cv-00627-BJR;

- *Mark Germack DDS v. The Dentists Insurance Company*, Case No. 2:20-cv-00661-BJR;

- *Pacific Endodontics, P.S., et al. v. The Ohio Casualty Insurance Company, et al.*, Case No. 2:20-cv-00620-BJR;

- *Carlos O. Caballero DDS, MS, PS, d/b/a Master Orthodontics v. Massachusetts Bay Insurance Company*, Case No. 3:20-cv-05437-BJR;

- *La Cocina de Oaxaca LLC v. Tri-State Insurance Company of Minnesota*, Case No. 2:20-cv-01176-BJR;

- *Wade K. Marler, DDS, et al. v. Aspen American Insurance Company*, Case No. 2:20-cv-00616-BJR;

- *Kara McCulloch DMD MSD PLLC, et al. v. Valley Forge Insurance Company, et al.*, Case No. 2:20-cv-00809-BJR;

- *Cadeceus LLC d/b/a Cafe Racer v. Scottsdale Insurance Company*, Case No. 2:21-cv-00050-BJR; and

- *Wellington Athletic Club, LLC d/b/a Soul Fitness v. Allied World Surplus Lines Insurance Company*, Case No. 2:21-cv-00256-BJR.

DATED this 3rd day of March, 2021.

KELLER ROHRBACK L.L.P.

By: *s/ Amy Williams-Derry*

NOTICE OF RELATED CASES - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|   |   |
|---|---|
| 1 | By: *s/ Lynn L. Sarko* |
| 2 | By: *s/ Ian S. Birk* |
|   | By: *s/ Gretchen Freeman Cappio* |
| 3 | By: *s/ Irene M. Hecht* |
|   | By: *s/ Nathan L. Nanfelt* |
| 4 | By: *s/ Gabriel E. Verdugo* |

Amy Williams-Derry, WSBA #28711
Lynn L. Sarko, WSBA #16569
Ian S. Birk, WSBA #31431
Gretchen Freeman Cappio, WSBA #29576
Irene M. Hecht, WSBA #11063
Nathan Nanfelt, WSBA #45273
Gabriel E. Verdugo, WSBA #44154
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: awilliams-derry@kellerrohrback.com
Email: lsarko@kellerrohrback.com
Email: ibirk@kellerrohrback.com
Email: gcappio@kellerrohrback.com
Email: ihecht@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com
Email: gverdugo@kellerrohrback.com

By: *s/ Alison Chase*
Alison Chase, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Classes***

NOTICE OF RELATED CASES - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384