Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B AND F ENTERPRISES NORTHWEST, LLC dba BAKE'S PLACE, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY,<br><br>                      Defendant. | No. 2:21-cv-00272 BJR<br><br>STIPULATION AND ORDER STAYING DISCOVERY AND RELATED DEADLINES |

STIPULATION AND ORDER STAYING DISCOVERY
AND RELATED DEADLINES (No. 2:21-cv-00272 BJR)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# STIPULATION

In accordance with the Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 9), the parties held their initial conference pursuant to Fed. R. Civ. P. 26(f) on April 9, 2021.

Defendant filed a dispositive motion under Fed. R. Civ. P. 12 on March 26, 2021. *See* Dkt. No. 16 (Defendant's Motion to Dismiss); Dkt. No. 17 (Defendant's Declaration in support of Defendant's Motion to Dismiss). In an effort to preserve judicial economy, the parties stipulate and respectfully propose the following:

1. Discovery should be stayed in this case as it has been in a number of the other COVID-19 coverage cases.

2. Deadlines in the Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 9) should be stayed.

3. To the extent appropriate and/or necessary after the Court has ruled on the merits of Defendant's dispositive motion, the parties will hold a further conference pursuant to Fed. R. Civ. P. 26(f) regarding: (i) the exchange of discovery pursuant to Fed. R. Civ. P. 26; (ii) the timing of Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23; and (iii) other appropriate case scheduling matters.

4. This stipulation is made without prejudice to Defendant raising any available merits defenses.

//
//
//
//
//
//
//

STIPULATION AND ORDER STAYING DISCOVERY AND RELATED DEADLINES (No. 2:21-cv-00272 BJR) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED this 14th day of April, 2021. |
| 3 | McNAUL EBEL NAWROT & HELGREN PLLC |
| 4 | By: *s/ Robert M. Sulkin* |
| 5 | By: *s/ Malaika M. Eaton* |
|   | By: *s/ Daniel A. Fiedler* |
| 6 | Robert M. Sulkin, WSBA #15425 |
|   | Malaika M. Eaton, WSBA #32539 |
| 7 | Daniel A. Fiedler, WSBA #56436 |
|   | 600 University Street, Suite 2700 |
| 8 | Seattle, WA 98101-3143 |
|   | Tel: (206) 467-1816 |
| 9 | Fax: (206) 624-5128 |
|   | Email: rsulkin@mcnaul.com |
| 10 | Email: meaton@mcnaul.com |
|   | Email: dfiedler@mcnaul.com |

Michael H. Carpenter, *Admitted Pro Hac Vice*
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
Tel: (614) 365-4100
Email: carpenter@carpenterlipps.com

Aneca E. Lasley, *Admitted Pro Hac Vice*
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 S. High Street
Columbus, Ohio  43215
Tel: (614) 365-2830
Email: aneca.lasley@squirepb.com

STIPULATION AND ORDER STAYING DISCOVERY AND RELATED DEADLINES (No. 2:21-cv-00272 BJR) – Page 2

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

|   |   |
|---|---|
| 1 | ***Attorneys for Defendant AMCO Insurance Company*** |
| 2 |  |
| 3 | KELLER ROHRBACK L.L.P. |
| 4 | By: *s/ Amy Williams-Derry*<br>By: *s/ Lynn L. Sarko* |
| 5 | By: *s/ Ian S. Birk*<br>By: *s/ Gretchen Freeman Cappio* |
| 6 | By: *s/ Irene M. Hecht*<br>By: *s/ Gabriel E. Verdugo* |
| 7 | By: *s/ Nathan L. Nanfelt*<br>     Amy Williams-Derry, WSBA #28711 |
| 8 |      Lynn L. Sarko, WSBA #16569<br>     Ian S. Birk, WSBA #31431 |
| 9 |      Gretchen Freeman Cappio, WSBA #29576<br>     Irene M. Hecht, WSBA #11063 |
| 10 |      Gabriel E. Verdugo, WSBA #44154<br>     Nathan Nanfelt, WSBA #45273 |
| 11 |      1201 Third Avenue, Suite 3200<br>     Seattle, WA 98101 |
| 12 |      Tel.: (206) 623-1900<br>     Fax: (206) 623-3384 |
| 13 |      Email: awilliams-derry@kellerrohrback.com<br>     Email: lsarko@kellerrohrback.com |
| 14 |      Email: ibirk@kellerrohrback.com<br>     Email: gcappio@kellerrohrback.com |
| 15 |      Email: ihecht@kellerrohrback.com<br>     Email: gverdugo@kellerrohrback.com |
| 16 |      Email: nnanfelt@kellerrohrback.com |
| 17 | CRANE DUNHAM PLLC |
| 18 | By: *s/ Stephen J. Crane*<br>     Stephen J. Crane, WSBA #4932 |
| 19 |      3600 15th Avenue W, Suite 200<br>     Seattle, WA 98119 |
| 20 |      Tel.: (206) 292-9090<br>     Fax: (206) 292-9736 |
| 21 |      Email: scrane@cranedunham.com |
| 22 | ***Attorneys for Plaintiff and the Proposed Classes*** |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |

STIPULATION AND ORDER STAYING DISCOVERY AND RELATED DEADLINES (No. 2:21-cv-00272 BJR) – Page 3

LAW OFFICES OF
M<small>C</small>N<small>AUL</small> E<small>BEL</small> N<small>AWROT</small> & H<small>ELGREN</small> <small>PLLC</small>
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**ORDER**

Having reviewed the foregoing Stipulation of the parties, and finding that good cause exists for the requested relief, the Court HEREBY GRANTS the relief requested, as follows:

1. Discovery is HEREBY STAYED.

2. Deadlines of the Order Regarding Initial Disclosures and Joint Status Report are HEREBY STAYED.

3. To the extent appropriate and/or necessary after the Court has ruled on the merits of Defendant's dispositive motion, the parties SHALL CONFER pursuant to Fed. R. Civ. P. 26(f) regarding: (i) the exchange of discovery pursuant to Fed. R. Civ. P. 26; (ii) the timing of Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23; and (iii) other appropriate case scheduling matters.

4. This Order is issued without prejudice to Defendant raising any possible defenses later in the case.

IT IS SO ORDERED.

DATED this 15 day of April, 2021.

_Barbara J. Rothstein_
Honorable Barbara J. Rothstein
United States District Court Judge

STIPULATION AND ORDER STAYING DISCOVERY AND RELATED DEADLINES (No. 2:21-cv-00272 BJR) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816