# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| B AND F ENTERPRISES NORTHWEST, LLC dba BAKE'S PLACE, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>    v.<br><br>AMCO INSURANCE COMPANY,<br><br>             Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:21-cv-00272-BJR |

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

      By Order of the Court, Defendant's Motion to Dismiss, Dkt. No. 16, is GRANTED.  This matter is DISMISSED with Prejudice.

      DATED this 1st day of June 2021.

                                   WILLIAM M. MCCOOL
                                   Clerk of Court

                                   /s/Michael Williams
                                   Deputy Clerk